IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDRES JALON and REGENNA JALON,** | § § § § | |
| *Plaintiffs*, | § § | **CIVIL ACTION NO.** |
| v. | § § | **2:22-CV-04039-ER** |
| **BANK OF AMERICA, N.A.; WILSHIRE CREDIT CORPORATION; URBAN SETTLEMENT SOLUTIONS; HSBC BANK USA, N.A.;** | § § § § § § | |
| *Defendants*. | § § | |

## STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS BANK OF AMERICA, N.A. AND HSBC BANK USA, N.A.'S TO PLAINTIFF'S COMPLAINT

Plaintiffs Andres Jalon and Regenna Jalon ("Plaintiffs") and Defendants Bank of America, N.A. and HSBC Bank USA, N.A. by and through their undersigned counsel, consent to the entry of an Order of the Court extending Defendants Bank of America, N.A. and HSBC Bank USA, N.A.'s time to answer or otherwise respond to the shall have thirty (30) days to respond to the Plaintiffs Complaint once an Order is entered on HSBC Bank USA, N.A.'s Motion to Remand to State Court [ECF 5].  No previous extension has been requested.

Dated: January 5, 2023

| | |
|---|---|
| **JALON & ASSOCIATES** | **MCGUIREWOODS LLP** |
| /s/ Andres Jalon | /s/ Courtney S. Schorr |
| Andres Jalon, Esq. (317370) | Courtney S. Schorr, Esq. (317370) |
| Two Penn Center, Suite 1300 | **MCGUIREWOODS LLP** |
| 1500 John F. Kennedy Blvd | 260 Forbes Avenue, Suite 1800 |
| Philadelphia, PA 19102 | Pittsburgh, PA  15222 |
| (215) 844-8444 | (412) 667-6000 |
| ajalon@jalonesq.com | cschorr@mcguirewoods.com |
| *Counsel or Plainti s* | *Counsel or Bank o America, N.A. and HSB* |

**AND IT IS SO ORDERED**

January 5, 2023

*Eduardo C. Robreno*
Eduardo C. Robreno,  J.