IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDRES JALON and REGENNA A. JALON, | : |
| *Plaintiffs*, | : |
| v. | : CIVIL NO. 22-4039 |
| BANK OF AMERICA, WILSHIRE CREDIT CORPORATION, URBAN SETTLEMENT SOLUTIONS and HSBC BANK, | : |
| *Defendants*. | : |

## ORDER

**AND NOW,** this **29th** day of **September, 2023**, upon consideration of the Notice of Removal and Consolidation of State Court Action to United States District Court ("Notice of Removal") (ECF No. 3), Defendant HSBC Bank's Motion to Remand (ECF No. 5), and Plaintiffs' Brief in Opposition to Defendant HSBC's Motion to Remand (ECF No. 8), it is hereby **ORDERED** as follows:

1. The Notice of Removal is **STRICKEN**; and

2. The Defendant HSBC's Motion to Remand is **DENIED AS MOOT**.

BY THE COURT:

/s/ Kai N. Scott
**HON. KAI N. SCOTT**
**United States District Court Judge**