IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDRES JALON and REGENNA A. JALON, | : |
| *Plaintiffs*, | : |
| | : |
| v. | : CIVIL NO. 22-4039 |
| | : |
| BANK OF AMERICA, WILSHIRE CREDIT CORPORATION, URBAN SETTLEMENT SOLUTIONS, and HSBC BANK, | : |
| *Defendants*. | : |

## ORDER

AND NOW, this **30th** day of **September 2024**, upon consideration of Defendants Bank of America, N.A. and HSBC Bank USA, N.A.'s Motion to Dismiss Plaintiffs' Complaint (ECF No. 25), and Plaintiffs' Response in Opposition (ECF No. 33), it is **hereby ORDERED** that, for the reasons stated in the accompanying Memorandum, Defendants' Motion (ECF No. 25) is **GRANTED** and Plaintiffs' Complaint is **DISMISSED WITH PREJUDICE.**

The Clerk is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

_____
HON. KAI N. SCOTT
United States District Court Judge